IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARCOS MARTINEZ,<br>    ID # 24016781,<br>        *Plaintiff*, | §<br>§<br>§<br>§ | |
| v. | § | No. 3:24-CV-2342-X-BW |
| | § | |
| DALLAS COUNTY COURT,<br>        *Defendant*. | §<br>§<br>§ | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Brian McKay dated April 28, 2025. (Doc. 11) The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the District Judge accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, this action will be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or follow orders of the court.

**IT IS SO ORDERED,** this 24th day of June, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE